# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff )<br> )<br> vs. )<br> *Jose Heredia Guzman* )<br>         Defendant(s) ) | CRIMINAL NO. 07MJ8927<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Nicanora Moreno Koh*

DATED: 11/27/07

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk
                by  *[signature]*
                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                              ☆ U.S. GPO: 2003-581-774/70062